UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA,<br><br>*Petitioner*,<br><br>v.<br><br>JOSEPH VELLALI, NANCY S. LOWERS, JAN M. TASCHNER, and JAMES MANCINI, individually and as representatives of a class of participants and beneficiaries on behalf of the Yale University Retirement Account Plan,<br><br>*Respondents*. | Case No. 19 Misc. 171<br><br><br>[Underlying Case:<br>USDC District of Connecticut<br>Case No. 3:16-cv-01345-AWT] |

**NOTICE OF MOTION FOR A PROTECTIVE ORDER TO MODIFY
NON-PARTY SUBPOENA AND FOR TRANSFER UNDER
<u>FEDERAL RULE OF CIVIL PROCEDURE 45(f)</u>**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, petitioner Teachers Insurance and Annuity Association of America ("TIAA"), a non-party to the underlying action *Vellali v. Yale University*, No. 3:16-cv-01345-AWT (D. Conn.), hereby moves for a protective order to modify the Subpoena to Testify at a Deposition in a Civil Action directed to TIAA by the respondents, dated February 7, 2019, or, in the alternative, for an order limiting TIAA's testimony with a presumptive limit of one hour and requiring respondents to pay TIAA its reasonable legal fees and expenses.

PLEASE TAKE FURTHER NOTICE that TIAA hereby moves to transfer the instant motion to the United States District Court for the District of Connecticut, pursuant to Rule 45(f) of the Federal Rules of Civil Procedure.

The grounds for this motion are explained in detail in the accompanying Memorandum of Law and in the accompanying Declarations of Brad E. Konstandt, dated April 5, 2019, and exhibits thereto, and Julie Calderon Rizzo, dated April 5, 2019.

Dated: April 5, 2019

                                                Respectfully submitted,

                                                */s/ Lori A. Martin*
                                                Lori A. Martin
                                                Brad E. Konstandt
                                                WILMER CUTLER PICKERING HALE
                                                   AND DORR LLP
                                                7 World Trade Center
                                                250 Greenwich Street
                                                New York, NY 10007
                                                (212) 230-8800 (t)
                                                (212) 230-8888 (f)
                                                lori.martin@wilmerhale.com
                                                brad.konstandt@wilmerhale.com


                                                James I. Glasser
                                                WIGGIN AND DANA LLP
                                                One Century Tower
                                                265 Church Street
                                                New Haven, CT 06510
                                                (203) 498-4400 (t)
                                                (203) 782-2889 (f)
                                                jglasser@wiggin.com

                                                *Attorneys for Petitioner Teachers Insurance*
                                                *and Annuity Association of America*