# Exhibit 3

# SCHLICHTER BOGARD & DENTON, LLP

ATTORNEYS AT LAW

ALEXANDER L. BRAITBERG  
abraitberg@uselaws.com

100 SOUTH FOURTH STREET, SUITE 1200  
ST. LOUIS, MISSOURI 63102  
(314) 621-6115  
FAX (314) 621-5934  
www.uselaws.com

March 5, 2019

**By Email**
Lori Martin
WilmerHale
7 World Trade Center
250 Greenwich Street
New York, NY 10007
lori.martin@wilmerhale.com

Re:   *Vellali et al. v. Yale University et al.*

Dear Lori:

I write by way of further response to your letter dated March 1, 2019. Plaintiffs request that TIAA provide a witness on each of the below-described topics.

Topics Nos. 24, 25, 29, 30, and 31 in Plaintiffs' subpoena directed to TIAA are specific to the relationship between TIAA and Yale. Each of these topics references the "Plan's participants" and seeks Plan-specific information. As you know, Thomas White testified in *Cates et el. v. Columbia University et al.*, and was asked numerous questions specific to that case, including the meaning of documents regarding TIAA's marketing to Columbia plan participants, and communications between Columbia and TIAA regarding same. Similar testimony regarding Yale-specific topics will be required here. As you acknowledge in your letter, Topics 16 (regarding the ability of other vendors to recordkeep TIAA options) and 19 (regarding ability of the Plan's sponsors to remove TIAA investment options) also implicate several case-specific areas of inquiry.

Given that you have indicated that Mr. Campbell will be prepared to address "questions specific to TIAA's relationship with Yale" that also relate to "marketing of non-Plan products and services" as well as TIAA's interactions with Yale regarding topics 16 and 19, producing Mr. Campbell to address each of the above-mentioned topics in full will not pose any additional burden. Plaintiffs would also be agreeable to TIAA designating separate witness(es) to testify regarding the above. Please let us know if TIAA will designate a witness on the aforementioned topics and whether you would like to discuss further.

Sincerely,

Alexander L. Braitberg

cc: Alexandra Hiatt, Charles Bridge, Brad Konstandt (via email)