# Exhibit 4

# WILMERHALE

March 11, 2019

**BY E-MAIL**

**Lori A. Martin**

+1 212 295 6412 (t)
+1 212 230 8888 (f)
lori.martin@wilmerhale.com

Alexander L. Braitberg
Schlichter Bogard & Denton, LLP
100 S. 4th Street, Ste. 1200
St. Louis, MO 63102

Re:   *Vellali v. Yale University*, No. 3:16-cv-01345 (D. Conn.)

Dear Alex:

I write to respond to your March 5, 2019 letter regarding the topics in Plaintiffs' 30(b)(6) deposition subpoena for which TIAA will produce a witness, Stephen Campbell. It is not clear from your letter whether there is any discrepancy between Plaintiffs' position and TIAA's offer to produce Mr. Campbell, as set forth in my letter of March 1. For this reason, I provide additional detail on the scope of Mr. Campbell's testimony.

With respect to Subpoena Topic Nos. 24, 25, 29, 30 and 31, Mr. Campbell will be prepared to address questions regarding TIAA's interactions with Yale or its consultants that relate to the marketing of non-Plan products and services to Yale participants. This includes communications, presentations and e-mail correspondence. By contrast, Mr. Campbell will not address questions previously addressed by other TIAA witnesses; namely, the method by which TIAA markets non-Plan products generally or TIAA's strategies, revenues, profits or compensation from non-plan products and services. These generic topics were the subject of Thomas White's deposition in *Cates v. Columbia University*, and TIAA proposes to cross-designate the transcript of that testimony in this matter. Mr. Campbell will not be prepared to cover information previously addressed by Mr. White in the *Columbia* deposition.

As you know, there are no allegations in the complaint regarding "Non-Plan Products" or TIAA's efforts to market or sell those products to the Yale plan. Fed. R. Civ. P. 26(b)(1) (subpoena topics must be relevant to a party's claims and proportional to the needs of the case). Moreover, TIAA is a non-party to this action, a status that is entitled to "special weight" in discovery. *See Arista Records LLC v. Lime Group LLC*, No. 06 CV 5936, 2011 WL 781198, at *2 (S.D.N.Y. Mar. 4, 2011).

With respect to Subpoena Topic Nos. 16 and 19, your letter indicates that there is agreement on the scope of Mr. Campbell's testimony. Mr. Campbell will be prepared to identify communications with Yale or its consultants that relate to (i) the ability of vendors other than TIAA to provide recordkeeping and/or administrative services for TIAA investment options, or (ii) the ability of the Yale plan's fiduciaries to remove TIAA investment options. TIAA proposes to cross-designate Adam Polacek's deposition transcript and supplemental declaration

WILMERHALE

Alexander L. Braitberg
March 11, 2019
Page 2

in *Cates v. Columbia University*, and Mr. Campbell will not be prepared to cover information that Mr. Polacek previously provided in his deposition and declaration.

We are available for a meet and confer teleconference to resolve any remaining questions about the scope of Mr. Campbell's deposition. Please let me know as soon as possible whether Plaintiffs agree to take Mr. Campbell's deposition on April 4 or April 8, and your preferred location for the deposition of Mr. Campbell. We renew our offer to make our New York offices available for the deposition.

Very truly yours,

*Lori A. Martin*

Lori A. Martin

cc:   Heather Lea (by e-mail only)
    Jerome J. Schlichter (by e-mail only)
    Kurt C. Struckhoff (by e-mail only)
    Michael A. Wolff (by e-mail only)
    Sean E. Soyars (by e-mail only)
    Stuart M. Katz (by e-mail only)
    Troy A. Doles (by e-mail only)
    Joel D. Rohlf (by e-mail only)
    Scott Bumb (by e-mail only)
    Brian D. Netter (by e-mail only)
    Matthew A. Waring (by e-mail only)
    Michelle N. Webster (by e-mail only)
    Nancy G. Ross (by e-mail only)
    James C. Williams (by e-mail only)
    Jed W. Glickstein (by e-mail only)
    Richard Nowak (by e-mail only)
    Brian Netter (by e-mail only)